# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2540
_____

JOEL LOCKE,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and ASHLY HUMES,

Appellees.

_____

On appeal from the Department of Revenue, Child Support Program.
Ann Coffin, Director.

May 8, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Daniel P. Rock of Daniel P. Rock, P.A., New Port Richey, for Appellant.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Tallahassee, for Department of Revenue.